ORDERED.

Dated: July 27, 2018

Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

TAHER SALEEM ALBEITAWI,           Case No.: 8:18-bk-04640–MGW

                                                                  Chapter: 7

       Debtor.
_____/

**AGREED ORDER DENYING MOTION FOR**
**RELIEF AND GRANTING ADEQUATE PROTECTION**

THIS CASE was scheduled to come before the Court for hearing on July 26, 2018 at 09:30 upon the Motion for Relief from Stay filed U.S. Bank National Association, not in its individual capacity but solely as Trustee of SW REMIC Trust 2015-1, by Selene Finance LP (the "Secured Creditor") (Doc. No. 7) ("Motion") and Debtor's Response to Motion for Relief (Doc. No. 9) ("Response"). The Court having reviewed the Motion, Response, and noting the

agreement of the parties finds the Motion should be denied as to relief from the automatic stay and granted as to adequate protection. Accordingly, it is

**ORDERED:**

1. The Motion is denied in part and granted in part, as detailed below.

2. The automatic stay arising by reason of 11 U.S.C. § 362 shall remain in full force and effect, until the earlier of termination by operation of law or further order of this Court, as to Secured Creditor's interest in the real property located at 1029 Anolas Way, Lutz, Florida 33548, legally described as:

> LOT 21 MEADOWVIEW ESTATES, AS PER PLAT THEREOF, RECORDED IN PLAT BOOK 48, PAGES 45 THROUGH 48, OF THE PUBLIC RECORDS OF PASCO COUNTY, FLORIDA.

3. On July 11, 2018, the Court entered its Mortgage Modification Mediation Order ("Mediation Order") (Doc. No. 10). The parties shall comply with the terms as provided in the Mediation Order.

4. As adequate protection for Secured Creditor's interest while mediation is pending, Debtor shall pay $599.00 to Secured Creditor beginning with its August 15, 2018, payment and continue thereafter on the 15th of each month. Adequate protection payments shall include the full loan number and be sent to the following address:

> Selene Finance
> 9990 Richmond Avenue, Suite 400 South
> Houston, Texas  77042-4546

5. Bankruptcy fees in the amount of $450.00 plus its court cost of $181.00 are awarded for the prosecution of the Motion for Relief from Stay and are recoverable *in rem*

Attorney Austin Noel is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.